UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DAVID McNISH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 2:00-cv-95 |
| | ) | (Judge Phillips) |
| | ) | |
| RICKY BELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the petitioner's motion for partial summary judgment is **DENIED**, the respondent's motion for summary judgment is **GRANTED**, and the petition for the writ of habeas corpus is **DENIED**. The stay of execution previously entered in this matter is **VACATED**. A certificate of appealability **SHALL NOT ISSUE**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT